Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208)-345-5183
Facsimile: (208)-906-8663
chd@fergusondurham.com
ISB# 6428

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID JOSEPH MEISTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN KEMPF et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00022-REB<br><br>**STIPULATED MOTION FOR DISMISSAL** |

　　　　This Stipulated Motion for Dismissal, with Prejudice, is entered into by Plaintiff

David Meister, by and through his counsel Craig Durham; Defendants Kevin Kempf,

Jeff Zmuda, Randy Blades, and Sue Wessels, by and through their counsel Leslie Hayes;

and Defendants Robert Black, Robert Wright, Kenneth Solts, and Michael Hartwig, by

and through their counsel Joshua Evett.

STIPULATED MOTION FOR DISMISSAL - 1

The Parties stipulate and agree that this case shall be dismissed, with prejudice, without further hearing or delay. The Parties further stipulate and agree that the Court shall award no party his or her costs or attorney's fees incurred in connection with the claims asserted in this matter.

The Parties have agreed to the form of the Order of Dismissal with Prejudice submitted to the Court.

SO STIPULATED on this 6th day of June, 2017:

For Plaintiff:

/s/ Craig H. Durham


For Defendants Kempf, Zmuda, Wessels, and Blades:

/s/ Leslie Marie Hayes


For Defendants Black, Wright, Hartwig, and Solts:

/s/ Joshua Evett

STIPULATED MOTION FOR DISMISSAL - 2

## CERTIFICATE OF SERVICE

A copy of this Stipulation has been served on the following on June 6, 2017, through the Court's CM/ECF system:

Leslie M. Hayes
leslie.hayes@ag.idaho.gov
Attorney for IDOC Defendants


Joshua Evett
jse@elamburke.com
Attorney for 3 Oaks Defendants


/s/Craig H. Durham

STIPULATED MOTION FOR DISMISSAL - 3